IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GREGORY D. BARRION,**  *Plaintiff,*  v.  **Head Warden SMITH,** *et al.,*  *Defendants.* | **CIVIL ACTION NO. 5:21-cv-00230-TES-CHW** |

**ORDER**

Plaintiff Gregory D. Barrion, a prisoner in Dooly State Prison in Unadilla, Georgia, filed a 42 U.S.C. § 1983 action. [Doc. 1]. He also moved to proceed *in forma pauperis*, and the Court granted this motion. [Doc. 2]; [Doc. 4]. On August 31, 2021, the Court ordered Plaintiff to file an amended complaint. [Doc. 4]. He was given fourteen days to respond. [*Id.*].

Plaintiff did not file an amended complaint but filed a "motion to extend case." [Doc. 5]. On October 14, 2021, the Court granted Plaintiff's "motion to extend case" to the extent Plaintiff was requesting an extension of time to file his amended complaint and gave him fourteen days October 14, 2021 to file the required pleading. [Doc. 6]. The Court specifically informed Plaintiff that no further extensions would be granted and if Plaintiff failed to file his amended complaint, the action would be dismissed without

prejudice. [*Id.*]. Plaintiff did not file an amended complaint or otherwise respond October 14, 2021 Order.

Due to Plaintiff's failure to follow the Court's Order and prosecute this action, the case is hereby **DISMISSED without prejudice**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) (holding the court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order; *Gormley v. Nix*, No. 04-12374, 2005 WL 2090282, at *4 (11th Cir. Aug. 31, 2005) (citing *Wilson v. Sargent*, 313 F.3d 1315 (11th Cir. 2002)) (finding that the district court had no "obligation to inquire regarding an inmate's attempts to comply with a court order" to submit a required form).

**SO ORDERED**, this 15th day of November, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**